IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00353-BNB

JEREMY PINSON,

    Applicant,

v.

DARRELL B. DREW,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -2 2009

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

On February 11, 2009, Applicant Jeremy Pinson submitted to the Court a *pro se* Prisoner Complaint. At the time Mr. Pinson initiated the instant action, he was detained at the Weld County Jail in Greeley, Colorado.

On February 20, 2009, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Pinson either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action or to pay the $5.00 filing fee in full. Mr. Pinson was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

The February 20, 2009, Order to Cure was returned to the Court on February 27, 2009, and the envelope, in which the Order was sent to Mr. Pinson, was marked, "Return to Sender Attempted Not Known Unable to Forward." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of

Colorado-Civil, a party must file a notice of a new address within five days of any change of address. Nonetheless, Mr. Pinson now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this _1_ day of _April_, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00353-BNB

Jeremy Pinson
Reg. No. 16267-064
US Penitentiary Coleman
P.O. Box 1034
Coleman, FL 33521

    I hereby certify that I have mailed a copy of this **ORDER AND JUDGMENT** to the above-named individuals on 4/2/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk