IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00353-BNB

JEREMY PINSON,

    Applicant,

v.

DARRELL B. DREW,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF TRANSFER

Applicant Jeremy Pinson is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary in Coleman, Florida. Mr. Pinson initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Mr. Pinson is challenging the taking of good conduct time, which affects the execution of his sentence. As noted above, Mr. Pinson is incarcerated in a federal prison located in Florida. Therefore, the instant action should have been filed in the United States District Court for the Middle District of Florida, Ocala Division, because an application for a writ of habeas corpus pursuant to § 2241 "must be filed in the district where the prisoner is confined." *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Pursuant to 28 U.S.C. § 1631, the Court may transfer the action to any other court in which the action could have been brought if it is in the interest of justice. The

Court finds that the interests of justice would be served by transferring this action to the Middle District of Florida, Ocala Division. Accordingly, it is

ORDERED that the Clerk of the Court transfer this action to the United States District Court for the Middle District of Florida, Ocala Division, at Golden-Collum Memorial Federal Building and U.S. Courthouse, 207 N. W. Second Street, Ocala, Florida 34475.

DATED at Denver, Colorado, this 22 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00353-BNB

Jeremy Pinson
Reg. No. 16267-064
US Penitentiary Coleman 2
P.O. Box 1034
Coleman, Florida 33521

    I hereby certify that I have mailed a copy of this **ORDER** to the above-named individuals on 6/22/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk